GEOFFREY A. HANSEN
Acting Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 12-0348 YGR |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING STATUS |
| ) | DATE; EXCLUSION OF TIME |
| ) | |
| RAMON SANCHEZ, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case with respect to Ramon Sanchez, currently scheduled for Thursday, July 26, 2012, at 2:00 p.m. before Honorable Yvonne Gonzalez Rogers, may be continued to Thursday, August 2, 2012, at 2:00 p.m. for status. The reason for the continuance is that defense counsel received a summons to appear in superior court for jury duty on July 26, 2012. A continuance will allow defense counsel to be present and continue to review discovery with Mr. Sanchez and prepare for the next court date.

The parties therefore stipulate that the time from July 26, 2012, to August 2, 2012, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(b), (h)(7)(A)

and (B)(iv) for continuity of counsel and adequate preparation of counsel so that counsel can be present and also have additional time to review the evidence and case prior to court.

DATED: 7/18/12        ____/s/_____
                      JOYCE LEAVITT
                      Assistant Federal Public Defender

DATED: 7/18/12        _____/s/_____
                      WILLIAM J. GULLOTTA
                      Special Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date for Ramon Sanchez is continued from July 26, 2012, to Thursday, August 2, 2012, at 2:00 p.m. for status.

IT IS FURTHER ORDERED that the time from July 26, 2012, to August 2, 2012, is excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel so that counsel can be present and also continue to review the evidence and case with Mr. Sanchez prior to the next court date.

The Court finds that there is good cause and that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: July 20, 2012       _____
                           HON. YVONNE GONZALEZ ROGERS
                           United States District Judge